AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| David Lee Wall, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    8:15-cv-02193-RMG |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel.

Date:   September 21, 2016                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Ashley Buckingham, Deputy Clerk
                                                                                    *Signature of Clerk or Deputy Clerk*